```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAYMOND GONZALEZ, *on behalf of himself and*   :
*all others similarly situated*,                :
                                                :
                         Plaintiff,             :     1:20-cv-3785-GHW
               -against-                        :
                                                :     ORDER
ARTSANA USA, INC.,                              :
                                                :
                         Defendant.             :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court will extend the time for Defendant to answer or otherwise respond to the complaint until July 20, 2020, even though the parties' proposed stipulation does not comply with the Court's Individual Rules. Individual Rule 1(F) requires, inter alia, that "immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court." Furthermore, Defendant has not yet appeared in this case. In future, counsel are reminded that they must read and comply with the Court's Individual Rules.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated:  June 18, 2020                                     _____
                                                          GREGORY H. WOODS
                                                          United States District Judge