USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAYMOND GONZALEZ, *on behalf of himself and* :
*all others similarly situated*,  :
: 
                Plaintiff, :      1:20-cv-3785-GHW
     -against- :
:       ORDER
ARTSANA USA, INC., :
:
              Defendant. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The stipulation at Dkt. No. 9 is ineffective, and the Court will not extend the time for Defendant to answer or otherwise respond to the complaint. On June 17, 2020, the parties submitted the exact same type of stipulation. In response, the Court noted that "the parties' proposed stipulation does not comply with the Court's Individual Rules." Dkt. No. 8. The Court extended the deadline regardless, but reminded counsel to "read and comply with the Court's Individual Rules." Counsel clearly has not done so. Once again, counsel has filed a proposed stipulation and order without filing a joint letter on the docket.

    Failure to comply with the Court's Individual Rules in future may result in sanctions.

    Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

    SO ORDERED.

Dated: July 20, 2020
                                                  GREGORY H. WOODS
                                             United States District Judge